**Order entered January 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01534-CV

**JEFFREY BORDOK, Appellant**

**V.**

**KELCY WARREN, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12565**

## ORDER

Pending before the Court is appellant's petition for permissive appeal. On January 29, 2019, the parties filed an agreed motion to abate this proceeding pending settlement of the case. We **GRANT** the motion and **ORDER** the parties to file a status report within thirty days.

We **ABATE** this proceeding for thirty days at which time it will be reinstated.

/s/      BILL WHITEHILL
       JUSTICE